

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00027-CR

Isidoro **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6175
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 19, 2014.

_____
Karen Angelini, Justice